[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12336
Non-Argument Calendar
_____

D.C. Docket No. 8:18-cr-00151-CEH-SPF-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QUJUANIA WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 27, 2020)

Before JORDAN, LAGOA and HULL, Circuit Judges.

PER CURIAM:

Joseph Johnson, appointed counsel for Qujuania Williams, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Williams's motion for substitute counsel is **DENIED**, and Williams's conviction and sentence are **AFFIRMED**.